IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

YURI MAIKEL HERNANDEZ PEREZ, *

Petitioner, *

v. * Case No. 4:25-cv-462-CLLL-AGH

WARDEN, STEWART DETENTION CENTER, *et al.*, *

Respondents. *

**J U D G M E N T**

Pursuant to this Court's Order dated 7/30/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 31st day of July, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk